EL PUEBLO DE PUERTO RICO, demandante y apelante, *v.* THE SHELL COMPANY (P. R.) LIMITED, THE TEXAS COMPANY (P. R.) INC., WEST INDIA OIL CO., PYRAMID PRODUCTS INC., ROBERT B. BUSHBY, BENJAMIN ARKIN, ET ALS., acusados y apelantes la segunda y los dos últimos nombrados.

Núm. 9858.—*Sometido:* Junio 2, 1943. *Resuelto:* Julio 12, 1943.

*James R. Beverley, R. Castro Fernández y José López Baralt,* abogados de la apelante The Shell Company (P. R.) Limited; *R. Rodríguez Lebrón y Carlos V. Dávila,* abogados de los apelantes Benjamin Arkin y Robert B. Bushby; *R. A. Gómez, Fiscal del Tribunal Supremo y Luis Negrón Fernández, Fiscal Auxiliar,* abogados de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR TODD, JR., emitió la opinión del tribunal.

Son apelantes en este recurso los acusados The Texas Co. (P. R.) Inc. y su administrador y administrador auxiliar, respectivamente, Robert B. Bushby y Benjamin Arkin. La Compañía fué condenada por la Corte de Distrito de San Juan a pagar una multa de $5,000 y los coacusados a pagar igual suma cada uno o a sufrir un día de cárcel por cada dólar que dejaren de pagar, sin exceder la prisión subsidiaria de noventa días, por haber infringido las disposiciones de la ley insular de 14 de marzo de 1907 titulada ''Ley para Proteger el Comercio contra Coacciones y Monopolios.''

En este recurso los apelantes no alegan ser inocentes del delito por el cual fueron condenados, sino que se limitan a

señalar como único error el hecho de que la corte sentenciadora les impusiera la pena máxima, en cuanto a multa, que marca la ley.

El fiscal de esta corte en su alegato hace un análisis conciso de la extensa evidencia presentada ante la corte inferior. Después de examinar la transcripción de evidencia en detalle, estamos en completo acuerdo con el fiscal cuando sostiene que de la prueba surge claramente que tanto la Texas Co. como sus agentes Bushby y Arkin tomaron parte activa y principalísima en la conspiración por la cual se les procesó y condenó.

Nada hay en el récord que pueda justificar nuestra intervención con la discreción ejercitada por la corte sentenciadora al imponer a dichos acusados la pena máxima solamente en cuanto a la multa que provee la ley, pues pudo haber impuesto a los coacusados una condena de cárcel que no excediera de un año o ambas penas, si en dicha forma hubiera querido ejercitar su discreción. Sección 1, Ley de 1907, supra.

*Debe confirmarse la sentencia apelada.*

El Juez Presidente Sr. Del Toro no intervino.